# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURRAN BRENT,

    Defendant.

Case No. 2:13-cr-00130-LDG (VCF)

**ORDER**

    The defendant, Curran Brent, has submitted a letter and a Motion for Early Termination of Supervised Release (ECF Nos. 7, 10). The United States has filed a response (ECF No. 13).

    Brent was sentenced on September 1, 1998, in the Northern District of Ohio, to 240 months' imprisonment and 10 years of supervised release. Brent completed his term of incarceration and began his supervised release on January 28, 2013. Supervision was transferred to this District on April 29, 2013. The government notes that Brent has been largely compliant with the terms of his supervised release. The United States Probation Officer is not opposed to the early termination of Brent's supervised release.

    Accordingly, for good cause shown,

1 | THE COURT **ORDERS** that Defendant Curran Brent's Letter and Motion for Early
2 | Termination of Supervised Release (ECF Nos. 7, 10) are GRANTED.
3 | THE COURT FURTHER **ORDERS** that Defendant Curran Brent's term of
4 | supervised release will terminate effective on January 27, 2018.

DATED this  5  day of December, 2017.

_____
Lloyd D. George
United States District Judge